VIOLA G. KREINER *v.* MICHAEL KREINER, SR.

[No. 9, October Term, 1945.]

*Decided November 2, 1945.*

The cause was submitted to MARBURY, C. J., DELA-PLAINE, COLLINS, GRASON, MELVIN, HENDERSON, and MARKELL, JJ.

*Sidney M. Jacobs* and *H. Harry Rosenberg* appeared on brief for the appellant.

*Joseph Loeffler* and *Benjamin L. Berman* appeared on brief for the appellee.

MARBURY, C. J., delivered the opinion of the Court.